The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; HANESBRANDS, INC., a Maryland corporation; and HBI BRANDED APPAREL ENTERPRISES, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>DAFANG HAOJIAFU HOTPOT STORE, a Chinese entity doing business as DA FANG HAO JIAFU, an individual; and DOES 1–10,<br><br>Defendants. | Consolidated Case No. 2:21-cv-00766-RSM<br><br>ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR EXTENSION OF RULE 26 DEADLINES |

THIS MATTER came before the Court on consideration of Plaintiffs Amazon.com, Inc. HanesBrands, Inc., and HBI Apparel Enterprise, LLC's Motion to Extend Deadlines for the parties' Rule 26(f) Conference, Initial Disclosures, and Joint Status Report, and for good cause shown, it is hereby ORDERED that:

The Motion is GRANTED. The Court extends the deadlines for the parties to confer under Federal Rule of Civil Procedure 26(f), serve initial disclosure under 26(a)(1), and file a joint status report under Federal Rule of Civil Procedure 26(f) and Local Civil Rule 26(f) as follows:

| Deadline | Current Dates | Proposed Dates |
|---|---|---|
| 26(f) Conference | May 10, 2022 | September 7, 2022 |
| Initial Disclosures | May 17, 2022 | September 14, 2022 |
| Combined Joint Status Report and Discovery Plan | May 24, 2022 | September 21, 2022 |

SO ORDERED this 19th day of May, 2022.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

s/ Scott R. Commerson
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

Lauren B. Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com