The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; HANESBRANDS, INC., a Maryland corporation; and HBI BRANDED APPAREL ENTERPRISES, LLC, a Delaware limited liability company,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DAFANG HAOJIAFU HOTPOT STORE, a Chinese entity doing business as DA FANG; HAO JIAFU, an individual; and DOES 1-10,<br><br>　　　　　　　　　　Defendants. | Consolidated Case No.<br>No. 2:21-cv-00766-RSM<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF RULE 26 DEADLINES |

THIS MATTER came before the Court on Plaintiffs Amazon.com, Inc. ("Amazon"), HanesBrands, Inc., and HBI Apparel Enterprise, LLC (the HanesBrands entities collectively, "Hanesbrands") motion to extend the initial case deadlines. For good cause shown, it is hereby ORDERED that:

The Motion is GRANTED. The Court extends the deadlines for the parties to confer under Federal Rule of Civil Procedure 26(f), serve initial disclosure under 26(a)(1), and file a joint status report under Federal Rule of Civil Procedure 26(f) and Local Civil Rule 26(f) as follows:

| Deadline | Current Dates | Proposed Dates |
|---|---|---|
| 26(f) Conference | January 5, 2023 | April 5, 2023 |
| Initial Disclosures | January 12, 2023 | April 12, 2023 |

ORDER GRANTING PLAINTIFFS'
MOT. FOR EXTENSION OF RULE 26 DEADLINES
Case No. 2-21-cv-00766-RSM - 1

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| Deadline | Current Dates | Proposed Dates |
|---|---|---|
| Combined Joint Status Report and Discovery Plan | January 19, 2023 | April 19, 2023 |

SO ORDERED this 6th day of January, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Scott R. Commerson*
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

ORDER GRANTING PLAINTIFFS'
MOT. FOR EXTENSION OF RULE 26 DEADLINES
Case No. 2-21-cv-00766-RSM - 2

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax