1

2

3

4

5

6

7

8

9

The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

15

16

17

18

19

20

21

22

AMAZON.COM, INC., a Delaware
corporation; HANESBRANDS, INC., a
Maryland corporation; and HBI BRANDED
APPAREL ENTERPRISES, LLC, a Delaware
limited liability company,

                Plaintiffs,

     v.

YANG XUEZHAO, an individual; AMIT
GAUTAM, an individual; SHAOBAI ZHANG,
an individual; LE ZHANG, an individual;
SHEN LIJUAN, an individual; YONGZENG
CHEN, an individual; LIN ZHISHANG, an
individual; HUANG SHUHUA, an individual;
CHEN JINAI, an individual; CAO QINENG, an
individual; ZHANG PENGJU, an individual;
and Individuals and/or Entities Doing Business
as Certain Amazon Selling Accounts Identified
in SCHEDULES 1-11,

                Defendants.

Consolidated Case No.
2:21-cv-00766-RSM

***Consolidated Cases:***
2:21-cv-00766
2:21-cv-00767
2:21-cv-00768
2:21-cv-00769
2:21-cv-00770
2:21-cv-00771
2:21-cv-00772
2:21-cv-00773
2:21-cv-00774
2:21-cv-00775
2:21-cv-00776
2:21-cv-00777
2:21-cv-00778

**ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR LEAVE TO FILE CONSOLIDATED SECOND AMENDED COMPLAINT**

23

24

25

26

27

     THIS MATTER came before the Court on Plaintiffs' *Ex Parte* Motion for Leave to File

Consolidated Second Amended Complaint ("Motion") brought by Plaintiffs Amazon.com, Inc.,

Hanesbrands, Inc., and HBI Branded Apparel Enterprises, LLC (collectively, "Plaintiffs"). The

Court having considered Plaintiffs' Motion and finding good cause, it is hereby ORDERED:

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION FOR LEAVE TO FILE CONSOLIDATED SECOND
AMENDED COMPLAINT - 1
(Consolidated Case No. 2:21-cv-00766-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

1.      Plaintiffs' Motion is **GRANTED**. Plaintiffs are directed to file with the Court

Plaintiffs' Consolidated Second Amended Complaint for Damages and Equitable

Relief, in the form attached as Exhibit B to the Declaration of Scott R.

Commerson submitted with Plaintiffs' Motion.


SO ORDERED this 19th day of October, 2023.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE


Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

s/ Scott R. Commerson
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION FOR LEAVE TO FILE CONSOLIDATED SECOND
AMENDED COMPLAINT - 2
(Consolidated Case No. 2:21-cv-00766-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax