1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; HANESBRANDS, INC., a Maryland corporation; and HBI BRANDED APPAREL ENTERPRISES, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>YANG XUEZHAO, an individual; SHAOBAI ZHANG, an individual; SHEN LIJUAN, an individual; YONGZENG CHEN, an individual; LIN ZHISHANG, an individual; HUANG SHUHUA, an individual; CHEN JINAI, an individual; FU YONGBIN, an individual; ZHANG PENGJU, an individual; XIAOJUAN ZHU, an individual; YIMEI LI, an individual; and DOES 1-10,<br><br>Defendants. | Case No. 2:21-cv-00766-RSM<br><br>***Consolidated Cases:***<br>2:21-cv-00766<br>2:21-cv-00767<br>2:21-cv-00768<br>2:21-cv-00769<br>2:21-cv-00770<br>2:21-cv-00771<br>2:21-cv-00772<br>2:21-cv-00773<br>2:21-cv-00774<br>2:21-cv-00775<br>2:21-cv-00776<br>2:21-cv-00777<br>2:21-cv-00778<br><br>ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH *EX PARTE* MOTION FOR ALTERNATIVE SERVICE |

This matter comes before the Court on the *Ex Parte* Motion by Amazon.com, Inc., HanesBrands, Inc., and HBI Branded Apparel Enterprises, LLC (collectively, "Plaintiffs") for leave to file an over-length e*x parte* motion for alternative service, pursuant to Local Civil Rule

ORDER - 1

7(f).  Dkt. #38.  Having considered Plaintiffs' Motion and finding good cause, the Court ORDERS that Plaintiffs' Motion is GRANTED, not to exceed 3,000 words.

DATED this 23rd day of January, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2